IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON CHISM,

    Petitioner,                    No. CIV S-03-1793 MCE KJM P

    vs.

R.K. SCRIBNER,

    Respondent.              ORDER

                                /

        Petitioner is a state prison inmate proceeding with counsel with a petition for a writ of habeas corpus. On January 19, 2005, this court granted petitioner's motion for a stay of the proceedings, to permit petitioner to exhaust state remedies on a sentencing claim. The court directed petitioner to file status reports, beginning 180 days after the stay order and thereafter at 90 day intervals. Petitioner was cautioned that failure to comply with the time limits might result in an order lifting the stay. The last such report was filed on October 6, 2005.

/////

/////

/////

/////

/////

1

1  Within fifteen days of the date of this order, petitioner shall show cause why the
2  previously entered stay should not be lifted and the case submitted for decision on the original
3  petition filed August 29, 2003.
4        IT IS SO ORDERED.
5  DATED:  April 20, 2006.

                                          /s/ Mueller
                                       UNITED STATES MAGISTRATE JUDGE

2
chis1793.osc