IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON CHISM,                                          No. 2:03-cv-1793-MCE-KJM-P

        Petitioner,

    v.                                                            <u>ORDER</u>

D. ADAMS,

        Respondent.
_____/

    Petitioner, a state prisoner proceeding pro se, has filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

    On December 20, 2006, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.  Petitioner has filed objections to the findings and recommendations.

///

///

///

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304,

2   this court has conducted a <u>de novo</u> review of this case.  Having carefully reviewed the entire file,

3   the court finds the findings and recommendations to be supported by the record and by proper

4   analysis.

5    Accordingly, IT IS HEREBY ORDERED that:

6    1.  The findings and recommendations filed December 20, 2006, are adopted in full; and

7    2.  Petitioner's motion to file an amended petition is granted insofar as the claim that trial

8   counsel was ineffective in advising him that he retained the right to appeal may be included in an

9   amended petition, but denied in all other respects.

10   Dated:  January 25, 2007

11

12   MORRISON C. ENGLAND, JR.
     UNITED STATES DISTRICT JUDGE

13

14

15

16

17

18

19

20

21

22

23

24

25

26