1

2

3

4

5

6

7

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BRANDON CHISM,

11            Petitioner,              No. CIV S-03-1793 MCE KJM P

12        vs.

13   D. ADAMS,

14            Respondent.             <u>ORDER</u>

15   _____/

16            On December 20, 2006, this court recommended petitioner's motion to file an

17   amended petition be granted only insofar as petitioner alleged that trial counsel was ineffective

18   in advising him that he retained the right to appeal, but denied in all other respects.  Petitioner

19   filed objections, but on January 26, 2007, the district court adopted the findings and

20   recommendations.

21            Accordingly, IT IS HEREBY ORDERED that petitioner's amended petition is

22   due within thirty days of the date of this order.  Petitioner is cautioned that failure to comply

23   with this order will result in a recommendation that the action be dismissed.

24   DATED:  May 3, 2007.

25                                  _____

26                                   U.S. MAGISTRATE JUDGE

     chis1793.ord