IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON CHISM,

     Petitioner,                   No. CIV S-03-1793 MCE KJM P

    vs.

R.K. SCRIBNER,                      ORDER

     Respondent.

_____/

        Petitioner is a state prisoner proceeding with retained counsel on an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  Counsel has filed a motion to be relieved because of a conflict of interest which petitioner has declined to waive.

        In addition, counsel and petitioner have asked that counsel be appointed for petitioner.  The court does not find the interests of justice require the appointment of counsel. See Tanner v. McDaniel, ___ F.3d ___ (No. 06-15405 9th Cir. 7/13/07).

/////

/////

/////

/////

/////

1

1   Accordingly, IT IS HEREBY ORDERED that:

2   1. Jeffrey S. Kravitz and Imhoff and Associates are relieved as counsel;

3   2. Jeffrey S. Kravitz and Imhoff and Associates shall forward petitioner's file, including any transcripts, to petitioner within fourteen days of the date of this order; and

4   3. The motions for the appointment of counsel are denied.

DATED: July 16, 2007.

_____
U.S. MAGISTRATE JUDGE

2
chis1793.110a