IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON CHISM,

        Petitioner,        No. CIV S-03-1793 MCE KJM P

   vs.

R.K. SCRIBNER,

        Respondents.        <u>ORDER</u>

_____/

        Petitioner has requested an extension of time to file a traverse. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Petitioner's August 7, 2007 request for an extension of time is granted; and

        2. Petitioner is granted thirty days from the date of this order in which to file a traverse.

DATED: August 16, 2007.

_____
U.S. MAGISTRATE JUDGE

/bb
chis1793.111