IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON CHISM,

    Petitioner,               No. CIV S-03-1793 MCE KJM P

    vs.

D. ADAMS,

    Respondent.          <u>ORDER</u>

                             /

        This matter is placed on calendar March 10, 2010 at 10:00 a.m. in Courtroom 26 in order to schedule an evidentiary hearing. Out of town counsel may appear telephonically by making arrangements at least twenty-four hours in advance with courtroom deputy Matt Caspar at 916-930-4187.

        IT IS SO ORDERED.

DATED: March 8, 2010.

                                          U.S. MAGISTRATE JUDGE

2

chis1793.ord