IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BRANDON CHISM,

       Petitioner,            No. CIV S-03-1793 MCE KJM P

  vs.

D. ADAMS,

       Respondents.         <u>ORDER</u>

        Respondent is directed to lodge the written orders in <u>In re Chism</u> issued by the Solano County Superior Court in case number FCR219979, the Court of Appeal in case number A109384 and the California Supreme Court in case number S134851, within twenty-one days of the date of this order.

        IT IS SO ORDERED.

DATED: April 21, 2010.

2

chis1793.ord

                                          U.S. MAGISTRATE JUDGE